CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 05, 2025

LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 7:25mj168 |
| JACOB RYAN BARNETT, | |
| Defendant. | |

## CRIMINAL COMPLAINT AFFIDAVIT

I, Special Agent Ryan Kennedy, being first sworn, depose and state as follows:

### INTRODUCTION

1.      I am an FBI special agent and have been since August 2021.  I currently work in the FBI Richmond, Virginia, Field Office, Roanoke Resident Agency.  I handle and investigate various criminal and national security matters, including violent crimes, narcotics offenses, federal bank robberies, and fugitive apprehensions.  I am trained and experienced in conducting investigations, interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, and various other criminal laws and procedures.

2.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth everything I know about this matter.

3.      Based on my training and experience and the following facts, there is probable cause to believe that Jacob Ryan BARNETT committed attempted coercion and enticement of a child, in violation of 18 U.S.C. § 2422(b).

## TECHNICAL TERMS

4.      Based on my training, experience, research, and information acquired from other law enforcement officials with technical expertise, I know the terms described below have the following meanings or characteristics:

5.      The term "Internet" is a worldwide network of computers, a noncommercial, self-governing network devoted mostly to communication and research.  The Internet is not an online service and has no real central hub.  It is a collection of numerous computer networks, online services, and single-user components.  To access the Internet, an individual computer user generally must use an access provider, such as a university, employer, or commercial Internet Service Provider ("ISP"), which operates a host computer with direct access to the Internet.

6.      "ISPs" are commercial organizations that provide individuals and businesses access to the Internet.  ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

7.      An Internet Protocol address ("IP address") is a unique numeric address used by computers on the Internet.  An IP address is a series of four numbers, each in the range 0–255, separated by periods (e.g., 121.56.97.178).  Every computer attached to the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination.  An IP address acts much like a home or business street address—it enables computers connected to the Internet to properly route traffic to

each other.  The assignment of IP addresses to computers connected to the Internet is controlled by ISPs.

8.      Most ISPs control a range of IP addresses.  IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet.  IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.  ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

9.      "Chat," as used herein, refers to any kind of text communication over the Internet that is transmitted in real time from sender to receiver.  Chat messages are generally short to enable other participants to respond quickly, resembling oral conversation, which distinguishes it from other online messages, like social media posts and email.

10.     As used in this affidavit, the terms listed below have the following definitions:

    a.  "Child pornography" refers to the definition in 18 U.S.C. § 2256(8).

    b.  "Computer" refers to the definition in 18 U.S.C. § 1030(e)(1).

    c.  "Minor," as defined in 18 U.S.C. § 2256(1), refers to a person under 18 years old.

    d.  "Sexually explicit conduct" refers to the definition in 18 U.S.C. § 2256(2).

    e.  "Visual depiction" refers to the definition in 18 U.S.C. § 2256(5).

    f.  "Child erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves illegal, or that do not necessarily depict minors engaged in sexually explicit conduct.

## PROBABLE CAUSE

11.     On or about May 20, 2025, the FBI National Threat Operations Center received an online tip from a mother in Michigan regarding her 15-year-old daughter ("M.V.").  The tip

advised that M.V. had exchanged nude images and video with a person who was using a phone number ending in 3396 and TikTok account @jodie.johnson1.  Opensource records showed that the number belonged to Jacob Ryan Barnett of Catawba, Virginia,[1] so the FBI sent me the tip.

12.    On or about May 29, 2025, I interviewed M.V.'s mother over the phone.  M.V.'s mother explained that she went through M.V.'s phone and found a text conversation with a person[2] that began on May 18, 2025, in which her daughter exchanged nude pictures and videos.  When confronted, M.V. told her mother that the subject had messaged her on TikTok, then asked for M.V.'s phone number.  M.V. gave her number to the subject and their conversation moved to text messaging.  He asked M.V. for nude pictures and sent her pictures, including inappropriate ones.

13.    M.V.'s mother said that M.V. initially told her that the subject went to school with M.V.'s friend in North Carolina, but M.V.'s mother thought M.V. might have made that up.

14.    According to M.V.'s mother, before reporting the incident to the FBI, she made M.V. cut off contact with the subject.[3]  M.V.'s mother believed the subject then blocked M.V. on TikTok.

15.    After our phone conversation, M.V.'s mother emailed me seven selfie photos that the subject sent M.V. by phone.  M.V.'s mother believed these photos were fake and not actually of the subject.  The photos appeared to depict an older, teenaged male.  I have been unable to identify the person in the photos through reverse image searching or other investigative tools.

---

[1] Within the Western District of Virginia.

[2] Although I believe the evidence shows that Barnett operated the 3396 number, @jodie.johnson1 TikTok account, and various other email and social media accounts referenced below, I will simply refer to the user of the number and accounts as the "subject" when describing what M.V. and her mother said.  Where I reference my own investigation, I will refer to the user of the number and accounts as Barnett.

[3] M.V.'s mother also directly messaged the subject.  I reviewed a screenshot from her phone, which showed that on May 20, 2025, she wrote, "Hey. Is this Jake?"  The subject responded, "Who is this?" and "Hello? Sorry, who is this?"

16.    On or about June 2, 2025, I served administrative subpoenas on Verizon regarding the 3396 number.  Verizon records showed that the number belonged to Jacob Barnett, with a P.O. box address in Catawba, Virginia.  His account was opened on February 4, 2016.

17.    On or about June 5, 2025, I served an administrative subpoena on Google LLC regarding the 3396 number.  Google records showed it was being used as an account recovery number for email addresses jbarnett@bbcyorktown.org, jakejuke47@gmail.com, jacobrbarnett47@gmail.com, jacobrbarnett4056@gmail.com, and j.r.barnett4056@gmail.com.

18.    On or about June 9, 2025, an FBI task force officer ("TFO") took M.V.'s iPhone 14 Plus with M.V.'s mother's consent and extracted data from it.  I reviewed a copy of that data. M.V. had saved on her phone screenshots of the subject's TikTok page and of their TikTok conversation, where the subject invited M.V. to text his 3396 number.



19.    M.V.'s phone also showed that she and the subject messaged each other from on or about May 18, 2025, to on or about May 20, 2025, using iMessage, Apple's proprietary messaging system.  During their iMessage conversation, M.V. told the subject she was 15 years old.  The subject said he was 17 years old and that he lived in western Virginia.  He sent multiple photos of an older teenaged male (the same photos I received from M.V.'s mom) that he claimed

were of him.[4]  The subject asked M.V. to send him bikini pictures and made sexually explicit comments.  He also asked M.V. to send him nude photos.  M.V. sent multiple bikini and underwear photos and a photo where she was fully nude with her breasts showing but her face and pubic region were digitally obscured.  The subject asked for something that he could masturbate to, and M.V. sent a video of her masturbating that showed her vagina.

20.    On or about June 17, 2025, an FBI child adolescent forensic interviewer ("CAFI"), specially trained to interview minors, spoke to M.V.  M.V.'s interview with the CAFI is summarized in paragraphs 21 to 27 below.

21.    M.V. explained that the subject messaged her on TikTok using @jodie.johnson1 on May 18, 2025.  M.V. believed the subject's TikTok followers were mostly teenaged girls.  The subject said his name was Jodie Johnson.  M.V. agreed to chat with him because the subject's profile picture depicted a teenaged boy.  The subject told M.V. she was cute, and they initially had normal conversations.  They talked for one day before switching to phone messaging, wherein the subject used the 3396 number.  The subject said he was 17 years old and lived in western Virginia.[5]

22.    M.V. further explained that the subject began requesting bikini pictures.  M.V. didn't feel comfortable sending those early on, so she agreed to send fully clothed pictures of herself.  The subject flirted with M.V. and insistently requested photos.  He told M.V. that he preferred bikini pictures because the mystery was a turn on for him.  Although she didn't want to, M.V. acquiesced and sent a full bikini photo to the subject and other photos in clothing.  M.V. specified that all photos she sent the subject were already on her phone from when she was 14 or 15 years old.  She did not take any new photos or videos for the subject.

---

[4] These photos, of course, do not depict Barnett, who is a 34-year-old man.

[5] M.V. knew people from Virginia and thought the subject's photos looked like one of her friends.

23.    Eventually, the subject got "very graphic," describing how he would have sex with M.V. He continued to press M.V. for photos. As the subject continued to coax M.V., she sent a photo of her 14-year-old self with exposed breasts but scribble marks obscuring her lower body. The subject asked M.V. if she wanted videos of him "jerking off." She didn't respond. The subject then asked if she liked guys masturbating to her and she said no. The subject said at least one guy was doing it and asked if M.V. wanted him to stop. She said that was fine.

24.    After M.V. said she didn't have any photos of the subject, he sent some photos purportedly of himself. He also sent a purported picture of himself in boxers with the outline of his penis visible through the underwear.

25.    The subject asked M.V. when she last shaved her vagina. She lied and said the day before. The subject said he was developing feelings for M.V. and asked for a video of her masturbating that he could cum to. M.V. sent an older video of herself masturbating when she was 14, which depicted her exposed vagina.

26.    When M.V. was asleep, her mom took her phone to message someone and saw the photos and video that M.V. sent the subject. According to M.V., her mom Googled the subject's number and saw that he was a grown man named Jacob Barnett. M.V. deleted the video she sent the subject when her mom gave her phone back.

27.    After this, the subject messaged M.V. on TikTok with a new username, @secretsecretaccjodie, on May 20, 2025. He told M.V. he received a message from someone with M.V.'s area code. Two days later, the subject asked M.V. to chat on Discord.[6] His Discord username was Jodie_j1234. M.V. no longer wanted to talk to the subject since she knew he wasn't 17 years old, so she blocked him.

_____

[6] Discord is a social media application that allows for live text, voice, and video calls.

28.     Based on my review, M.V.'s descriptions of her conversation with the subject in her forensic interview were largely consistent with her iMessage conversation with Barnett.[7]

29.     On or about July 7, 2025, Verizon provided call and message detail records for Barnett's 3396 number.  Correlating these records with the iMessages from M.V.'s phone further demonstrated that Barnett was using the 3396 number while talking to M.V.  For example, on May 19, 2025, at about 4:30:37 p.m.,[8] Barnett messaged M.V.  At approximately 4:32 p.m., Barnett answered a one-minute phone call from his wife.[9]  At approximately 4:33:25 p.m., M.V. messaged Barnett some photos.  At approximately 4:34:40 p.m., he messaged her back.  In other words, within less than five minutes, Barnett messaged M.V., talked to his wife for a minute, and messaged M.V. again.

30.     On May 20, 2025, at approximately 10:34:50 a.m., Barnett messaged M.V.  At approximately 10:35 a.m. Barnett answered a call from his wife that last 173 seconds.  During the call, at 10:35:38 a.m., M.V. messaged Barnett.  At approximately 10:38:21 a.m., Barnett responded to M.V.'s message, some three minutes after her last message.  Prior to taking his wife's call, Barnett had responded to M.V.'s last four messages within approximately 30 seconds.

31.     At approximately 4:21:09 p.m., Barnett sent another text message to M.V.  Immediately after, he called a phone number that—per open-source records—belongs to the owners of the house in Troutville that he has been residing in.[10]

---

[7] M.V.'s timeline of the messages was slightly out of order.  Also, M.V. did say that the subject asked for "mirror pictures," but I did not see any explicit requests for mirror pictures.  The subject did request a "shower pic" and made multiple references to the shower, which would necessarily have been in front of or near a mirror.

[8] All times are Eastern Daylight Time ("EDT").

[9] Open-source and subpoenaed records from the phone carrier indicate the number belonged to Barnett's wife.

[10] Confirmed by surveillance.

32.    On or about June 26, 2025, I found the @secretsecretaccjodie TikTok account. It displayed two photos closely matching selfies that Barnett sent M.V. The account was following 5,859 other accounts and had 504 followers. It displayed the following sentence: "add me on discord Jodie_j1234 amos: duh_jodie",[11] as shown below.



33.    On or about July 8, 2025, TikTok Inc. provided records relating to Barnett's TikTok account. He first used username @jodi.johnson1, then changed it to @secretsecretaccjodie sometime in May or June 2025.[12] Barnett created the account on July 13, 2023, with nickname Eli Garcia and email address egarcia4391@gmail.com.[13]

34.    The account's signup IP address resolved to the Newport News, Virginia, area. According to public and non-public databases, Barnett resided in Newport News from

---

[11] "Amos" is an internet acronym that means "add me on Snapchat."

[12] Notably, after M.V.'s mom texted Barnett.

[13] Barnett's j.r.barnett4056@gmail.com and jacobrbarnett4056@gmail.com emails share a similar format, with a four-digit number starting with numeral "4" after the name.

approximately 2021 to 2024, encompassing the time when Barnett signed up for TikTok. I have also found information that Barnett had a job near Newport News within this timeframe.

35.     According to TikTok IP login sessions, from approximately May 2025 to June 25, 2025, Barnett frequently used IP address 208.74.81.21, which resolves to Troutville, Virginia.[14] This address appeared in IP activity for the jacobrbarnett47@gmail.com account within the same timeframe.

36.     On or about July 10, 2025, Google LLC provided records relating to the egarcia4391@gmail.com account. Barnett created it on March 17, 2022, and listed a name of Eli Garcia. He did not list a phone number or recovery email. IP activity logs revealed the 208.74.81.21 IP address also accessed this account within May to June 25, 2025.

37.     On or about July 10, 2025, I looked up the @secretsecretaccjodie TikTok account again. It was still active, and now following 6,682 accounts (whereas, in May 2025, it was following 4,302 other accounts, and when I last checked the account on or about June 26, 2025, it was following 5,859 other accounts). @secretsecretaccjodie appeared to be following mostly young girls. I randomly selected an account from the list, and through open-source searches, I confirmed that the account belonged to a North Carolina girl in the 6th grade.

38.     On or about July 11, 2025, Snap Inc. provided subscriber records from the Snapchat accounts linked to username "duh_jodie" and Barnett's 3396 number. According to those records, the duh_jodie account was created on June 22, 2025, using Barnett's j.r.barnett4056@gmail.com email and the 208.74.81.21 IP address. The 3396 number was linked to another Snapchat account

---

[14] I am currently unable to obtain subscriber information for this IP address, as the ISP requires an associated port number. Google LLC and TikTok Inc. did not provide port numbers.

with username "jodie_j1234". The jodie_j1234 account was created on November 15, 2024, and may have been deleted on June 13, 2025.

39.     On or about July 23, 2025, Snap Inc. provided more records, including content, from the accounts associated with usernames duh_jodie and jodie_j1234. According to the records, Barnett created the duh_jodie account on June 21, 2025, at approximately 11 p.m., then immediately messaged a girl with username "anniesengar23". She sent him a Snap,[15] and asked him to Snap her back. Barnett claimed his camera didn't work with Snapchat, so he couldn't send Snaps. I know that Snaps are created by a user's phone camera. In other words, to send a Snap, Barnett would have had to take a new photo or video of himself, so he wouldn't have been able to use images that were older, altered, or found on the Internet. In particular, Barnett wouldn't have been able to send Snaps of his teenaged "Jodie Johnson" alias.

40.     Barnett continued chatting with anniesengar23 throughout the night and the following day. He sent her a video of a man wearing shorts, which revealed the outline of a penis. The camera focused on the outline without revealing the man's face. During the conversation, Barnett told anniesengar23 that it was time for her to see her first dick. She responded, "I don't know if im readyyyy im only 15 and I barely know anything abt that whole topiccc." Throughout the conversation, Barnett repeatedly asked for bikini photos and photos of her crotch.

41.     Barnett described how he would have sex with anniesengar23 and encouraged her to masturbate. She said she had never masturbated, prompting Barnett to explain how to do it. The Snapchat records indicated Barnett and anniesengar23 exchanged other media throughout

---

[15] "Snaps are photos or videos taken using the Snapchat app's camera on an individual's mobile device." Snap Inc. Law Enforcement Guide, p. 8, available at
https://assets.ctfassets.net/dwtpq5hdcqjg/4jI8Swj0BHjUD0VzbCcxkk/75d69c0de7ce747cac82bfe39378106c/Snapc hat_Law_Enforcement_Guide.pdf

their conversation, but those files are inaccessible, presumably deleted or encrypted, and I couldn't view them.  Nevertheless, the context of the conversation suggested that Barnett sent anniesengar23 at least one picture of his penis, and she sent him some of the photos he requested, although I cannot say for sure what they consisted of.

42.    Barnett's conversation with anniesengar23 had some similarities with his conversation with M.V.  For example, in both conversations, Barnett sent photos showing outlines of a penis and explicitly requested bikini photos.

43.    I know through training and experience that people who use online chat applications to groom and sexually exploit minors often create and discard multiple accounts to hide their activity.  They often chat with multiple victims over time and simultaneously.  Often, they deliberately choose applications like Discord and Snapchat to groom minors because these applications are more private than other social media applications (e.g., Facebook).

44.    Based on all the evidence I've reviewed in this case, I believe that Barnett was exclusively operating the @jodie.johnson1/@secretsecretaccjodie TikTok account and 3396 number when chatting with M.V. from on or about May 18 to May 20, 2025.

### CONCLUSION

45.    Based on the foregoing and my training and experience, there is probable cause that on or about May 18 through May 20, 2025, Jacob Ryan Barnett committed attempted coercion and enticement of a child (against M.V.), in violation of 18 U.S.C. §§ 2422(b) and 2427, where the "sexual activity for which any person can be charged with a criminal offense" was the production of child pornography.

46.     The information in this affidavit is true to the best of my knowledge and belief.


Respectfully submitted,

*Ryan Kennedy*

RYAN KENNEDY
Special Agent
Federal Bureau of Investigation


Received by reliable electronic means pursuant to Federal Rule of Criminal Procedure

4.1 and subscribed and sworn to me by telephone this 5th day of August, 2025.

C. KAILANI MEMMER
United States Magistrate Judge